## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-19-00001-CR
_____

## LONNIE LEE BLYTHE, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court**
**Jefferson County, Texas**
**Trial Cause No. 18-28620**

## MEMORANDUM OPINION

On November 19, 2018, the trial court sentenced Lonnie Lee Blythe[1] on a conviction for possession of a controlled substance. Blythe filed a notice of appeal on December 18, 2018. The district clerk has provided the trial court's certification to the Court of Appeals. The trial court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2).

_____

[1]The trial court's judgment identifies Blythe as Lonnie Lee Blythe a/k/a Linnie Lee Blythe Jr. a/k/a Lonnie Blythe.

1

On January 2, 2019, we notified the parties that we would dismiss the appeal unless Blythe established grounds for continuing the appeal. No response has been filed. Because the record does not contain a certification that shows the defendant has the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on January 29, 2019
Opinion Delivered January 30, 2019
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.